# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JOHNNIE YATES, | ) |
| | ) |
| Plaintiffs, | ) Case No. 5:19-00028 |
| | ) |
| v. | ) |
| | ) |
| KEY DENTAL PROSTHETICS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jonnie Yates and Defendant Key Dental Prosthetics, Inc., by counsel, stipulate and agree to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Philip J. Gibbons, Jr.  
Philip J. Gibbons, Jr., NCSB #50276

GIBBONS LEIS, PLLC  
14045 Ballantyne Corp. Pl., Ste 325  
Charlotte, North Carolina 28277  
Telephone: (704) 612-0038

E-Mail: phil@gibbonsleis.com

Attorney for Plaintiff

/s/ John Brem Smith  
John Brem Smith, NCSB #13709

SMITH LAW FIRM, P.C.  
5950 Fairview Road, Ste. 710  
Charlotte, NC 28210  
Telephone: (704) 643-6650

E-Mail: JSmith@smithlawfirm.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on May 15, 2019 a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276